PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD HSU, an individual, MARILYN S. HSU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, INC., a New York corporation, FINANCIAL GREATNESS, INC., a California wealth planning company, HECTOR BELTRAN, an individual, and Does 1 to 50, inclusive,<br><br>Defendants. | Case No. SACV10-1163 AG (mlgx)<br><br>Honorable Andrew Guilford<br><br>**JUDGMENT FOR DEFENDANT JPMORGAN CHASE BANK, N.A. (ERRONEOUSLY SUED AS JPMORGAN CHASE BANK, INC.) AND AGAINST HOWARD HSU AND MARILYN S. HSU**<br><br>[filed: August 3, 2010] |

Pursuant to the Order granting Defendant JPMorgan Chase Bank, N.A. (erroneously sued as JPMorgan Chase Bank, Inc.) ("Chase")'s motion to dismiss Plaintiffs Howard and Marilyn Hsu (the "Hsus")'s Second Amended Complaint for failure to state a claim,

IT IS ADJUDGED, ORDERED AND DECREED:

1. That the Hsus' Second Amended Complaint against Chase is DISMISSED WITH PREJUDICE;

2. The Hsus shall take nothing as against Chase, as to all causes of action contained within their Second Amended Complaint; and

3. That judgment be entered in favor of Chase and against the Hsus on their Second Amended Complaint.

4.

DATED: May 24, 2011

_____
HONORABLE ANDREW GUILFORD
United States District Court Judge